UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24403-BLOOM/Otazo-Reyes

FEDERAL NATIONAL MORTGAGE
ASSOCIATION ("FNMA"),

    Plaintiff,

v.

ROBERTO SOLER,

    Defendant.
_____/

### ORDER DENYING LEAVE TO PROCEED
### IN FORMA PAUPERIS ON APPEAL

**THIS CAUSE** is before the Court upon Defendant's Motion for Leave to Proceed *in Forma Pauperis* on Appeal, ECF No. [6] ("Motion"). The Motion is due to be denied because Defendant's appeal is not taken in good faith.

"An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "A party demonstrates good faith by seeking appellate review of any issue that is not frivolous when examined under an objective standard." *Ghee v. Retailers Nat'l Bank*, 271 F. App'x 858, 859 (11th Cir. 2008). A claim is frivolous "where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). In other words, an appeal filed *in forma pauperis* is frivolous "when it appears the plaintiff has little or no chance of success," meaning that the "factual allegations are clearly baseless or that the legal theories are indisputably meritless." *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993) (internal quotation marks omitted).

As the Court's Order remanding the case makes clear, Defendant's Notice of Removal

Case No. 20-cv-24403-BLOOM/Otazo-Reyes

plainly fails to assert any basis for this Court's federal question jurisdiction in the underlying foreclosure case, and the complaint in the state court case similarly reveals no federal question that would support removal to federal court. *See* ECF No. [4] at 2. As such, the Court certifies that this appeal is not taken in good faith, and the Motion, **ECF No. [6]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 12, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Roberto Soler
736 SE 8th Place
Hialeah, FL 33010